UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEVEN BRODY,<br><br>        Plaintiff,<br><br>  v.<br><br>ANKA BEHAVIORAL HEALTH, INC.,<br><br>        Defendant.<br>_____/ | No. C 13-5703 EDL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      May 6, 2014<br>Mediator:  Alan Berkowitz |

IT IS HEREBY ORDERED that the request to excuse defendant Anka Behavioral Health, Inc.'s insurance carrier's representative, Lisa Lipkin, from appearing in person at the May 6, 2014, mediation before Alan Berkowitz is GRANTED. Ms. Lipkin shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 21, 2014          By:     _____
Dated                                   Maria-Elena James
                                        United States Magistrate Judge